# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Ronnie Dale DEMENT,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>Kevin CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>　　　　　　　Respondent. | Case Number 3-12-cv-4750-JSW<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND INSTRUCTIONS TO CLERK |

　　　Petitioner was convicted and sentenced to death in Fresno Superior Court. *People v. Dement*, 264 P.3d 292 (Cal. 2011). This capital habeas action therefore should be heard in the Eastern District of California. N.D. Cal. Habeas L.R. 2254-22(a); E.D. Cal. L.R. 191(f). Accordingly, this action is hereby transferred to the District Court for the Eastern District of California. "The Clerk immediately shall advise the Clerk of Court" of the Eastern District. N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: September 13, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 3-12-cv-4750-JSW
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA
(DPSAGOK)